UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA LEIK,<br><br>                    Plaintiff,<br><br>          v.<br><br>COUNTY OF SANTA CLARA,<br><br>                    Defendant. | Case No. 15-cv-05168-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re:  Docket No. 17)** |

Based on the parties' joint case management statement[1] and today's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is April 14, 2016.

IT IS FURTHER ORDERED that the parties shall participate in a settlement conference with United States Magistrate Judge Howard R. Lloyd.  The parties shall contact Judge Lloyd's chambers to schedule a settlement conference as soon as possible.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Fact Discovery Cut-Off .............................................................................September 30, 2016

Disclosure of Initial Experts and Reports ...................................................... October 31, 2016

_____

[1] *See* Docket No. 17.

United States District Court
Northern District of California

1  Disclosure of Rebuttal Experts and Reports ............................................... November 21, 2016

2  Expert Discovery Cut-Off ................................................................................January 3, 2017

3  Dispositive Motions Filing Deadline .............................................................January 12, 2017

4  Dispositive Motions Hearing ................................................... February 21, 2017 at 10:00 AM

5  Pre-Trial Conference .................................................................. March 28, 2017 at 10:00 AM

6  Jury Trial ........................................................................................ April 17, 2017 at 9:30 AM

**SO ORDERED.**

Dated: February 9, 2016

PAUL S. GREWAL
United States Magistrate Judge

United States District Court
Northern District of California

2

Case No. 15-cv-05168-PSG
CASE SCHEDULING ORDER